# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5009**                    **September Term, 2025**

**1:25-cv-01365-AHA**

**Filed On: May 14, 2026** [2173441]

Mark S. Zaid, Esq.,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants

**BEFORE:**    Chief Judge Srinivasan and Circuit Judges Pillard and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, May 14, 2026 at 9:37 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Abhishek Kambli (DOJ), counsel for Appellants.

    Abbe David Lowell, counsel for Appellee.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

          BY:    /s/
                  Jaime T. Stratton
                  Deputy Clerk