[ORAL ARGUMENT HEARD MAY 14, 2026]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARK ZAID,<br><br>        Plaintiff-Appellee,<br><br>      v.<br><br>EXECUTIVE OFFICE OF THE<br>   PRESIDENT, et al.<br><br>        Defendant-Appellants. | No. 26-5009 |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANTS

Undersigned counsel Abhishek Kambli hereby respectfully moves to withdraw as counsel for Defendant-Appellants in the above-captioned matter. Mr. Kambli's final day of employment at the Department of Justice will be May 31, 2026. Stanley E. Woodward, Jr. will remain as counsel for Defendant-Appellants.

1

Respectfully submitted,


  /s/ Abhishek Kambli
Abhishek Kambli
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-9500

2

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains no more than 43 words, and also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Book Antiqua 14-point font, a proportionally spaced typeface.

/s/ Abhishek Kambli
Abhishek Kambli

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I caused the foregoing motion to be filed with the Court through the CM/ECF system. I also hereby certify that counsel for Plaintiff-Appellee are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Abhishek Kambli
Abhishek Kambli