# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5009**                                          **September Term, 2025**

**1:25-cv-01365-AHA**

**Filed On:** January 14, 2026

Mark S. Zaid, Esq.,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants


**BEFORE:**   Millett, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the motion to expedite, it is

**ORDERED** that appellee respond to the motion by 5:00 p.m. on Tuesday, January 20, 2026, and that appellants file any reply by 5:00 p.m. on Wednesday, January 21, 2026.

**Per Curiam**


**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk