No. 26-5009

_____

United States Court of Appeals
for the District of Columbia Circuit

_____

**MARK ZAID, ESQ.,**
*Appellee*

v.

**EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,**
*Appellants.*

_____

*On Appeal from The United States District Court*
*For the District of Columbia*

**NOTICE OF INTENT TO FILE AMICUS BRIEF AND
REPESENTATION OF CONSENT**

Pursuant to D.C. Circuit Rule 29(b), the Past Presidents, Leaders and

Executive Staff of the DC Bar; Former DC Voluntary Bar Leaders; and DC

Voluntary Bar Associations who are identified in the attached list hereby provide

notice of their intent to file an *amicus curiae* brief in this case on March 27, 2026,

in support of Appellee Mark Zaid. *Amici curiae* are represented by the undersigned

counsel.  Please note that there may be additional individuals who will be listed as

signatories to the *amicus* brief when it is filed.

All parties have consented to the filing of the *amicus* brief.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1-1and 29(b), each of the following organizations that will be signatories to the *amicus* brief to be filed in support of Appellee in this case are non-stock, nonprofit corporations with no parent company. No person or entity owns them or any part of them:

The Bar Association of the District of Columbia
Hispanic Bar Association of DC
The Metropolitan Washington Employment Lawyers Association
National Bar Association
Hispanic Bar Association of DC
Trial Lawyers Association of Metropolitan Washington, D.C.
Washington Bar Association
Washington Council of Lawyers
Women's Bar Association

Respectfully submitted.

/s/_Andrea C. Ferster_____
Andrea C. Ferster
(Counsel of Record)
Law Offices of Andrea C Ferster
DC Bar #384648
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.com

*Of Counsel*

Philip Allen Lacovara
(DC Bar #194472)
9101 Southmont Cove
Fort Myers, FL 33908
Phone: 917-412-9766
Email: placovara@gmail.com


CERTIFICATE OF SERVICE

I, Andrea C. Ferster, hereby certify that on March 17, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

/s/ Andrea C. Ferster
Andrea C. Ferster