# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Mark Zaid

**v.**

Executive Office of the President, et al.

**Case No:** 26-5009

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Mark Zaid

## Counsel Information

**Lead Counsel:** Abbe David Lowell

**Direct Phone:** ( 202 ) 964-6110 **Fax:** ( 202 ) 964-6116 **Email:** alowellpublicoutreach@lowellandassoci

**2nd Counsel:** Caleb Hayes-Deats

**Direct Phone:** ( 202 ) 508-4455 **Fax:** ( 202 ) 964-6116 **Email:** chayes-deats@lowellandassociates.con

**3rd Counsel:** John P. Bolen

**Direct Phone:** ( 202 ) 508-4464 **Fax:** ( 202 ) 964-6116 **Email:** jbolen@lowellandassociates.com

**Firm Name:** Lowell & Associates, PLLC

**Firm Address:** 1250 H Street NW, Suite 250, Washington DC, 20005

**Firm Phone:** ( 202 ) 964-6110 **Fax:** ( 202 ) 964-6116 **Email:** inquiries@lowellandassociates.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Mark Zaid

**v.**

Executive Office of the President, et al.

**Case No:** 26-5009

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Mark S. Zaid

### Counsel Information

Lead Counsel: Abbe David Lowell

Direct Phone: ( 202 ) 964-6110  Fax: ( 202 ) 964-6116  Email: alowellpublicoutreach@lowellandassoci

2nd Counsel: Isabella M. Oishi

Direct Phone: ( 202 ) 508-4462  Fax: ( 202 ) 964-6116  Email: ioishi@lowellandassociates.com

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: Lowell & Associates, PLLC

Firm Address: 1250 H Street NW, Suite 250, Washington DC, 20005

Firm Phone: ( 202 ) 964-6110  Fax: ( 202 ) 964-6116  Email: inquiries@lowellandassociates.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)